IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DIGINUS BV,<br><br>    Plaintiff,<br><br>v.<br><br>1001.COM, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | Civil Action No. 1:19-cv-1089-LO-JFA |

**PLAINTIFF'S MOTION FOR ORDER TO PUBLISH NOTICE OF ACTION**

Plaintiff Diginus BV ("Plaintiff"), by counsel, moves this Court, in accordance with the attached Memorandum of Law, for an Order directing that Plaintiff publish notice of this action once a week for six consecutive weeks in either *The Washington Post* or *The Washington Times*, beginning within fourteen (14) days after entry of this Order.


Dated: August 26, 2019        By:        /s/ Adrienne J. Kosak /s/
                                    Attison L. Barnes, III (VA Bar No. 30458)
                                    David E. Weslow (*for pro hac admission*)
                                    Adrienne J. Kosak (VA Bar No. 78631)
                                    WILEY REIN LLP
                                    1776 K St. NW
                                    Washington, DC 20006
                                    (202) 719-7000 (phone)
                                    (202) 719-7049 (fax)
                                    abarnes@wileyrein.com
                                    dweslow@wileyrein.com
                                    akosak@wileyrein.com

                                    *Counsel for Plaintiff*
                                    *Diginus BV*

**CERTIFICATE OF SERVICE**

I, Adrienne J. Kosak, hereby certify that on August 26, 2019, I electronically filed the foregoing by using the CM/ECF system. I also sent a copy to the registrant of the domain name at the email address provided by the registrant to the registrar of the 1001.com domain name:

a13067085052@163.com

/s/ Adrienne J. Kosak /s/
Adrienne J. Kosak
WILEY REIN LLP
1776 K Street, NW
Washington, DC  20006
Tel: (202) 719-7000
Fax: (202) 719-7049
akosak@wileyrein.com

*Counsel for Plaintiff Diginus BV*