IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DIGINUS BV,<br><br>    Plaintiff,<br><br>v.<br><br>1001.COM, an Internet domain name, and JOHN DOE,<br><br>    Defendants. | Civil Action No. 1:19-cv-1089-LO-JFA |

**[PROPOSED] ORDER TO PUBLISH NOTICE OF ACTION**

Upon consideration of Plaintiff's Motion for an Order to Publish Notice of Action and Plaintiff's Memorandum of Law and Declaration in support thereof, IT IS HEREBY ORDERED:

1. That a copy of this Order be published in either *The Washington Post* or *The Washington Times* once per week for six consecutive weeks, commencing within fourteen (14) days after entry of this Order.

2. That Plaintiff shall serve a copy of this Order on: (i) Defendant John Doe and the defendant domain name 1001.com (the "Domain Name") via the e-mail address a13067085052@163.com, and (ii) VeriSign, Inc., as the person or persons in possession of the 1001.com domain name.

3. That a declaration be filed on Plaintiff's behalf, no later than seven (7) days after the completion of the above-stated provisions of this Order, describing the steps that have been taken to comply with this Order.

    4.    That Defendants John Doe and the Domain Name are hereby advised:

    A.    Plaintiff has filed a Verified Complaint charging the Domain Name with violation of the Anticybersquatting Consumer Protection Act and John Doe with violating the Computer Fraud and Abuse Act, the Electronic Communications Privacy Act, and related claims arising from the unauthorized access to Plaintiff's secured computer account and the unauthorized transfer of the Domain Name (the "Counts"). A copy of the Verified Complaint may be obtained from Plaintiff's counsel, David E. Weslow, Wiley Rein LLP, 1776 K Street NW, Washington, DC 20006, telephone (202)719-7000.

    B.    In the event Plaintiff prevails under the Counts, remedies could include the forfeiture or cancellation of the Domain Name, the transfer of the Domain Name to Plaintiff in this action, monetary damages, and/or attorney's fees.

    C.    Any answer or other response to the Verified Complaint should be filed with the Clerk of Court, United States District Court for the Eastern District of Virginia, Alexandria Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 by October 18, 2019. If no appearance or pleading is filed as required by this Order, this Court may render a judgment against John Doe and/or the Domain Name, which could include the forfeiture or cancellation of the Domain Name or the transfer of the Domain Name to the Plaintiff, monetary damages, and/or attorney's fees.

    5.    That the foregoing steps shall be deemed to constitute service of the Verified Complaint on, and notice of the pleading due date to, Defendants John Doe and the Domain Name pursuant to the Federal Rules of Civil Procedure and 28 U.S.C. § 1655.

Entered this 28th day of August, 2019.

/s/ JFA
John F. Anderson
United States Magistrate Judge