## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

|  |  |
|---|---|
| DIGINUS BV, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| 1001.COM, an Internet Domain Name, JOHN DOE, | ) |
| *Defendants*. | ) |

Civil No. 1:19-cv-1089
Hon. Liam O'Grady
Hon. John Anderson

## ORDER

This matter comes before the Court on Magistrate Judge Anderson's Proposed Findings of Fact and Recommendations ("Recommendation"). Dkt. 14. The Recommendation was entered on November 8, 2019. Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was November 22, 2019. To date, no objections have been filed. Thus, after reviewing the record and Judge Anderson's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation in full.

Accordingly, Plaintiff's motion for default judgment as to Count 1 against Defendant 1001.com pursuant to the Anti-Cybersquatting Consumer Protection Act (15 U.S.C. § 1125(d)), is hereby **GRANTED**.

It is hereby **ORDERED** that VeriSign, Inc., as registry for the Defendant domain name 1001.com, change the registrar of record to NameCheap, Plaintiff's choice of registrar, and that NameCheap register Plaintiff as the registrant of 1001.com.

It is further **ORDERED** that Plaintiff's remaining claims are **DISMISSED WITHOUT PREJUDICE**.

It is **SO ORDERED**.


November 2] 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge